**Order filed December 29, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00828-CV

———————

### BDFI, LLC, Appellant

### V.

### BOXER PROPERTY MANAGEMENT CORPORATION, Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2019-85286**

## O R D E R

The clerk's record was filed December 22, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Defendant's Motion for New Trial filed September 26, 2022.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **January 2, 2023**, containing the above-mentioned document.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Justices Zimmerer, Spain, and Hassan.